# UNITED STATES DISTRICT COURT
## District of Minnesota

Deng Chol Ayom,

       Petitioner,

v.

William Barr, Chad Wolf, Matthew Albence,
Peter Berg, Kurt Freitag,

       Respondents(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 19-cv-3143 DSD/BRT

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED THAT:

1. The amended petition for writ of habeas corpus [ECF No. 13] is granted in part;

2. The government shall produce petitioner for a bond hearing in front of an immigration judge as soon as practicable, but no later than May 6, 2020;

3. Prior to any bond hearing, the government will ensure that petitioner has an opportunity to speak with counsel in person or by telephone, in private, for not less than one hour;

4. At the bond hearing, the immigration judge shall consider arguments regarding the proper standard of proof and which party properly holds the burden of proving whether petitioner presents a danger to the community or risk of flight;

5. The immigration judge shall make an individualized determination as to whether petitioner's continued detention is necessary to protect against danger to the community or to prevent petitioner from fleeing;

6. In the event a bond hearing cannot reasonably be held by May 6, 2020, the parties shall provide a status update on or before May 6, 2020; and

7. Petitioner may, within 30 days of this order, bring a motion for costs and fees under the Equal Access to Justice Act.

Date: 4/24/2020

KATE M. FOGARTY, CLERK

s/M. Price

(By)  M. Price, Deputy Clerk